UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

# PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:                                                                                              Case No. 13-71554

    Annette Rodriguez,                                                   Chapter: 7

                               Debtor(s)

*Please Check the Appropriate Box.*

**For Debtor:**

[✓]  Payment Advices are Attached.

- Number of Payment Advices Attached: 5
- Period Covered: 01/12/2013 to 03/22/2013     (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: 1

**For Joint Debtor, if applicable:**

[ ]  Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____     (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

---

**For Debtor:**

[ ]  No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ]  No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

**For Joint Debtor, if applicable:**

[ ]  No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ]  No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __5__ sheets, numbered 1 through __5__, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: /s/Annette Rodriguez          Date: 03/29/2013

Signature of Joint Debtor: _____          Date: _____

**Earnings Statement** 

NEW YORK CITY INDUSTRIAL
TECHNOLOGY ASSISTANCE CORP
39 BROADWAY, NEW YORK, NY 10006
PH: 212-442-4557

Period Beginning: 01/12/2013
Period Ending: 01/25/2013
Pay Date: 01/25/2013

00000000016
ANNETTE RODRIGUEZ
82 MARGARET DRIVE
CORAM NY 11727

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3180.42 |  | 3,180.42 | 6,360.84 |
| Sick |  | 8.00 |  |  |
| **Gross Pay** |  |  | **$3,180.42** | 6,360.84 |

Your NY taxable wages this period are $2,984.31

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
|  | Federal Income Tax | -342.94 | 704.63 |
|  | Social Security Tax | -185.02 | 377.80 |
|  | Medicare Tax | -43.28 | 88.36 |
|  | NY State Income Tax | -158.51 | 325.08 |
|  | NY SUI/SDI Tax | -1.20 | 2.40 |

| Other |  |  |
|---|---|---|
| Checking | -1,843.36 | 3,765.35 |
| Checking 2Nd | -250.00 | 500.00 |
| Medical | -63.42* | 126.84 |
| Medical Fsa | -7.69* | 15.38 |
| Tea Passes | -125.00* | 125.00 |
| 401K Loan | -160.00 | 320.00 |
| Coffee Club |  | 10.00 |
| **Net Pay** | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floathol Hr Bal |  | 51.00 |
| Holiday Hrs Bal |  | 64.00 |
| Sick Hrs Bal |  | 45.90 |
| Vac Hrs Bal |  | 36.53 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,984.31

| Earnings Statement | |  |
|---|---|---|

NEW YORK CITY INDUSTRIAL
TECHNOLOGY ASSISTANCE CORP
39 BROADWAY, NEW YORK, NY 10006
PH: 212-442-4557

Period Beginning:  01/26/2013
Period Ending:     02/08/2013
Pay Date:          02/08/2013

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:  1
    NY:       1

00000000016
**ANNETTE RODRIGUEZ**
**82 MARGARET DRIVE**
**CORAM NY 11727**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3180.42 | | 3,180.42 | 9,541.26 |
| Floating Holida | | 6.00 | | |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$3,180.42** | 9,541.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -361.69 | 1,066.32 |
| | Social Security Tax | -192.78 | 570.58 |
| | Medicare Tax | -45.08 | 133.44 |
| | NY State Income Tax | -166.57 | 491.65 |
| | NY SUI/SDI Tax | -1.20 | 3.60 |
| | **Other** | | |
| | Checking | -1,921.99 | 5,687.34 |
| | Checking 2Nd | -250.00 | 750.00 |
| | Coffee Club | -10.00 | 20.00 |
| | Medical | -63.42* | 190.26 |
| | Medical Fsa | -7.69* | 23.07 |
| | 401K Loan | -160.00 | 480.00 |
| | Tea Passes | | 125.00 |
| | **Net Pay** | | **$0.00** |

Your NY taxable wages this period are $3,109.31

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floathol Hr Bal | | 45.00 |
| Holiday Hrs Bal | | 56.00 |
| Sick Hrs Bal | | 49.60 |
| Vac Hrs Bal | | 42.69 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,109.31

| Earnings Statement | |  |
|---|---|---|

NEW YORK CITY INDUSTRIAL
TECHNOLOGY ASSISTANCE CORP
39 BROADWAY, NEW YORK, NY 10006
PH: 212-442-4557

Period Beginning:   02/09/2013
Period Ending:      02/22/2013
Pay Date:           02/22/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  1
  NY:       1

00000000016
**ANNETTE RODRIGUEZ**
**82 MARGARET DRIVE**
**CORAM NY 11727**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3180.42 | | 3,180.42 | 12,721.68 |
| Sick | | 3.00 | | |
| **Gross Pay** | | | **$3,180.42** | 12,721.68 |

Your NY taxable wages this period are $2,984.31

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -342.94 | 1,409.26 |
| | Social Security Tax | -185.03 | 755.61 |
| | Medicare Tax | -43.27 | 176.71 |
| | NY State Income Tax | -158.51 | 650.16 |
| | NY SUI/SDI Tax | -1.20 | 4.80 |
| | **Other** | | |
| | Checking | -1,843.36 | 7,530.70 |
| | Checking 2Nd | -250.00 | 1,000.00 |
| | Medical | -63.42* | 253.68 |
| | Medical Fsa | -7.69* | 30.76 |
| | Tea Passes | -125.00* | 250.00 |
| | 401K Loan | -160.00 | 640.00 |
| | Coffee Club | | 20.00 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floathol Hr Bal | | 45.00 |
| Holiday Hrs Bal | | 56.00 |
| Sick Hrs Bal | | 50.30 |
| Vac Hrs Bal | | 48.85 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,984.31

| Earnings | Statement | |  |
|---|---|---|---|

NEW YORK CITY INDUSTRIAL
TECHNOLOGY ASSISTANCE CORP
39 BROADWAY, NEW YORK, NY 10006
PH: 212-442-4557

Period Beginning: 02/23/2013
Period Ending: 03/08/2013
Pay Date: 03/08/2013

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   NY: 1

00000000016
**ANNETTE RODRIGUEZ**
**82 MARGARET DRIVE**
**CORAM NY 11727**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3180.42 | | 3,180.42 | 15,902.10 |
| Holiday | | 8.00 | | |
| Sick | | 8.00 | | |
| Gross Pay | | | $3,180.42 | 15,902.10 |

Your NY taxable wages this period are $3,109.31

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floathol Hr Bal | | 45.00 |
| Holiday Hrs Bal | | 48.00 |
| Sick Hrs Bal | | 46.00 |
| Vac Hrs Bal | | 55.01 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -361.69 | 1,770.95 |
| | Social Security Tax | -192.78 | 948.39 |
| | Medicare Tax | -45.09 | 221.80 |
| | NY State Income Tax | -166.57 | 816.73 |
| | NY SUI/SDI Tax | -1.20 | 6.00 |
| | **Other** | | |
| | Checking | -1,921.98 | 9,452.68 |
| | Checking 2Nd | -250.00 | 1,250.00 |
| | Coffee Club | -10.00 | 30.00 |
| | Medical | -63.42* | 317.10 |
| | Medical Fsa | -7.69* | 38.45 |
| | 401K Loan | -160.00 | 800.00 |
| | Tea Passes | | 250.00 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,109.31

# Earnings Statement 

NEW YORK CITY INDUSTRIAL
TECHNOLOGY ASSISTANCE CORP
39 BROADWAY, NEW YORK, NY 10006
PH: 212-442-4557

Period Beginning: 03/09/2013
Period Ending: 03/22/2013
Pay Date: 03/22/2013

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 NY: 1

00000000016
ANNETTE RODRIGUEZ
82 MARGARET DRIVE
CORAM NY 11727

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3180.42 | | 3,180.42 | 19,082.52 |
| Sick | | 16.00 | | |
| **Gross Pay** | | | **$3,180.42** | 19,082.52 |

Your NY taxable wages this period are $2,864.31

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -324.94 | 2,095.89 |
| | Social Security Tax | -177.58 | 1,125.97 |
| | Medicare Tax | -41.53 | 263.33 |
| | NY State Income Tax | -150.77 | 967.50 |
| | NY SUI/SDI Tax | -1.20 | 7.20 |
| | **Other** | | |
| | Checking | -1,758.29 | 11,210.97 |
| | Checking 2Nd | -250.00 | 1,500.00 |
| | Medical | -63.42* | 380.52 |
| | Medical Fsa | -7.69* | 46.14 |
| | Tea Passes | -245.00* | 495.00 |
| | 401K Loan | -160.00 | 960.00 |
| | Coffee Club | | 30.00 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floathol Hr Bal | | 45.00 |
| Holiday Hrs Bal | | 48.00 |
| Sick Hrs Bal | | 33.70 |
| Vac Hrs Bal | | 61.17 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,864.31